**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| APK, LLC, | ) | Case No. 14 B 23153 |
| Debtor. | ) | Judge Jacqueline P. Cox |

TO:  Patrick S. Layng          Adam P. Silverman
     U.S. Trustee              Nathan Q. Rugg
     Office of the U.S. Trustee, Region 11   Adelman & Gettleman, Ltd.
     219 South Dearborn Street  53 West Jackson Blvd., Suite 1050
     Room 873                  Chicago, IL 60604
     Chicago, IL 60604

     Miriam R. Stein
     Chuhak & Tecson, P.C.
     30 South Wacker Drive, Suite 2600
     Chicago, IL 60606

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Tuesday, August 19, 2014, at 9:30 a.m., I shall appear before United States Bankruptcy Court Judge Jacqueline P. Cox, or anyone sitting in her stead, in courtroom number 680, at the Everett McKinley Dirksen United States Courthouse, which is located at 219 South Dearborn Street; Chicago, Illinois 60604-1701, and then and there I shall present the **MOTION OF ATTORNEYS ARTHUR D. WELLMAN & NICHOLAS C. KEFALOS, TO WITHDRAW**, along with proposed Order, true and complete copies are attached hereto.

CERTIFICATE OF SERVICE

I, Nicholas C. Kefalos, hereby certify that on the 19th day of August 2014, a true and correct copy of the foregoing **NOTICE OF MOTION**, ("NOTICE"), along with **MOTION OF ATTORNEYS ARTHUR D. WELLMAN & NICHOLAS C. KEFALOS, TO WITHDRAW,** ("MOTION")**,** as identified herein**,** was served electronically upon the above-named counsel of record via the Bankruptcy Court's CM/ECF system.

                                                                                                               Respectfully submitted,
                                                                                                               APK, LLC, Debtor,

Dated: August 19, 2014                                   By: s/Nicholas C. Kefalos,
                                                                                            One of its attorneys.

Nicholas C. Kefalos, P.C.
VERNOR MORAN, LLC
27 North Wacker Drive, Suite 2000
Chicago, Illinois 60606-2800
(312) 264-4460 (office)
(312) 264-4461 (fax)

nkefalos@vernormoran.com

IL ARDC No. 6270052

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| APK, LLC, ) | Case No. 14 B 23153 |
| ) | |
| Debtor. ) | Judge Jacqueline P. Cox |
| ) | |

**MOTION OF ATTORNEYS ARTHUR D. WELLMAN & NICHOLAS C. KEFALOS, TO WITHDRAW**

Attorneys Arthur D. Wellman[1] and Nicholas C. Kefalos seek to withdraw as counsel from this case and in support thereof state as follows:

1. APK., LLC, the above-named Chapter 11 Debtor and Debtor-in-possession, ("Debtor"), upon information and belief, retained attorneys Adam P. Silverman, ("Silverman"), and Nathan Q. Rugg, ("Rugg"), of the law firm Adelman & Gettleman, Ltd., ("A & G") on August 14, 2014, to represent the Debtor in this case, from that date going forward.

2. As a point of fact, attorney Rugg has filed an application for Silverman and Rugg to be employed as substitute counsel. (Docket No. 23.)

3. Based upon the above, attorneys Arthur D. Wellman and Nicholas C. Kefalos seek to withdraw from this case and to be substituted and replaced by attorneys Silverman and Rugg.

WHEREFORE the foregoing reasons, attorneys Arthur D. Wellman and Nicholas C. Kefalos request to withdraw as attorneys for the Debtor and Debtor-in-possession, APK, LLC,

---

[1] Attorney Arthur D. Wellman has granted permission for this motion to be brought on his behalf.

and for all other such further relief as is proper and just under the circumstances.

                                Respectfully    submitted


                                By: s/Nicholas C. Kefalos,
                                   on behalf of himself, and on behalf of
                                   attorney Arthur D. Wellman

Dated: August 19, 2014

Nicholas C. Kefalos, P.C.
VERNOR MORAN, LLC
27 North Wacker Drive, Suite 2000
Chicago, Illinois 60606-2800
(312) 264-4460  (office)
(312) 264-4461  (fax)

nkefalos@vernormoran.com

IL ARDC No. 6270051

4