UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-23153 |
| | ) | |
| APK, LLC | ) | Chapter:  11 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING EMPLOYMENT OF LEGAL COUNSEL

THIS CAUSE coming to be heard on the application of APK, LLC ("APK"), debtor and debtor in possession, to employ Nathan Q. Rugg, Esq., Adam P. Silverman, Esq., and the law firm of Adelman & Gettleman, Ltd. (the "Application") to represent APK in connection with its rights and duties under the Bankruptcy Code, pursuant to section 327 of title 11 of the United States Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure; due written notice hereof having been given to the Office of the United States Trustee and all other parties entitled thereto; the Court having heard and considered the statements of counsel present and otherwise being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED:

(1) The Application is hereby granted and APK be and hereby is authorized to employ Nathan Q. Rugg, Esq., Adam P. Silverman, Esq., and the law firm of Adelman & Gettleman, Ltd., 53 W. Jackson Blvd., Suite 1050, Chicago, Illinois 60604, ("A&G") under a general retainer, as the attorneys to APK in the above-captioned Chapter 11 case effective as of August 14, 2014;

(2) Attorneys Arthur D. Wellman and Nicholas C. Kefalos are granted leave to withdraw as counsel to APK, and are hereby substituted and replaced by A&G; and

(3) All fees and expenses of APK's counsel are subject to further Court approval.

Enter: /s/ Jacqueline P. Cox
J. Cox

Dated: August 19, 2014

United States Bankruptcy Judge

**Prepared by:**
Nathan Q. Rugg, Esq. (ARDC #6272969)
ADELMAN & GETTLEMAN, LTD.
53 W. Jackson Blvd., Suite 1050
Chicago, Illinois 60604
Telephone No. (312) 435-1050
Facsimile No. (312) 435-1059

Rev: 20130103_bko