B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   APK, LLC                                                                         Case No.   14-23153
                                               Debtor(s)                                 Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AB Quality General<br>7434 West 61st Place<br>Summit, IL 60501 | AB Quality General<br>7434 West 61st Place<br>Summit, IL 60501 | Plowing service | | 4,000.00 |
| Crane & Norcross<br>2 North LaSalle Street<br>Suite 900<br>Chicago, IL 60602 | Crane & Norcross<br>2 North LaSalle Street<br>Suite 900<br>Chicago, IL 60602 | Tax attorneys (real estate) | | 10,064.00 |
| Erie Insurance Group<br>100 Erie Insurance Place<br>Erie, PA 16530-1104 | Erie Insurance Group<br>100 Erie Insurance Place<br>Erie, PA 16530-1104 | | | Unknown |
| Filemon Villfuerte<br>7035 West Terra Street<br>Villa Park, IL 60181 | Filemon Villfuerte<br>7035 West Terra Street<br>Villa Park, IL 60181 | Landscaping | | 400.00 |
| Fire Equipment Co.<br>P.O. Box 2308<br>Melrose Park, IL 60164 | Fire Equipment Co.<br>P.O. Box 2308<br>Melrose Park, IL 60164 | Alarm/Fire system | | Unknown |
| Grel Heating & Cooling<br>7851 West 80th Place<br>Bridgeview, IL 60455 | Grel Heating & Cooling<br>7851 West 80th Place<br>Bridgeview, IL 60455 | HVAC repair & maintenance | | 386.00 |
| Jonas Price, LLC<br>1655 South Blue Island<br>Suite 3100<br>Chicago, IL 60608 | Jonas Price, LLC<br>1655 South Blue Island<br>Suite 3100<br>Chicago, IL 60608 | Attorneys for APK regarding sale of real estate | | Unknown |
| JP Morgan Chase Bank, N.A.<br>P.O. Box 33035<br>Louisville, KY 40232-9891 | JP Morgan Chase Bank, N.A.<br>P.O. Box 33035<br>Louisville, KY 40232-9891 | Loan to A.P. Machine Inc. | Contingent<br>Disputed | 0.00 |
| Lincoln Partner Investments, Inc.<br>1610 South Halsted, Suite 102<br>Chicago, IL 60608-2598 | Lincoln Partner Investments, Inc.<br>1610 South Halsted, Suite 102<br>Chicago, IL 60608-2598 | Real estate broker | | Unknown |
| Michael R. Ek, Ltd.<br>120 West Golf Road<br>Suite 112<br>Schaumburg, IL 60195 | Michael R. Ek, Ltd.<br>120 West Golf Road<br>Suite 112<br>Schaumburg, IL 60195 | Corporate counsel for APK | | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re  APK, LLC  
                Debtor(s)

Case No.  14-23153

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| The Taxes Financial Services Corp. Attn: Artur Arciuch 7003 1/2 West Higgins Chicago, IL 60656-1901 | The Taxes Financial Services Corp. Attn: Artur Arciuch 7003 1/2 West Higgins Chicago, IL 60656-1901 | APK accountant | | 0.00 |
| U.S. Small Business Administration 500 West Madison Street Suite 1250 Chicago, IL 60661 | U.S. Small Business Administration 500 West Madison Street Suite 1250 Chicago, IL 60661 | First Mortgage | | 763,000.00 |
| Urban Partnership Bank 7936 South Cottage Grove Chicago, IL 60619 | Urban Partnership Bank 7936 South Cottage Grove Chicago, IL 60619 | | | 1,170,000.00 (220,000.00 unsecured) |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the    of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  8/21/2014    Signature  _____

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.