Exhibit "1"

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| APK, LLC, | Case No. 14 B 23153 |
| Debtor. | Judge Jacqueline P. Cox |

## APPLICATION OF ATTORNEYS ARTHUR D. WELLMAN & NICHOLAS C. KEFALOS FOR APPROVAL OF COMPENSATION AND COSTS,

Attorneys Arthur D. Wellman and Nicholas C. Kefalos, ("Attorneys"), respectfully herewith submit their Application for Approval of Compensation and Costs, (Application"), along with exhibits "A" and "B", through September 30, 2014.

1.      Attorneys retention as counsel for the debtor, APK, LLC, was approved by Order of this Court, dated July 9, 2014.

2.      Attorneys statements of services rendered and expenses incurred and recorded ("invoices") for the period of June 19, 2014 through August 25, 2014, ("the relevant period") is annexed hereto as Exhibits "A" and "B", and are incorporated by reference.

3.      On or about September 10, 2014, this Court entered a scheduling Order that, among other things, provided for Attorneys to file their Application by September 24, 2014.

4.      The expenses for which reimbursement is requested in the invoices are those customarily charged by Attorneys to all of their clients. The aggregate expense reimbursement reflected on the invoices and sought by this Application for the relevant period is $1,827.18.

5.      In the aggregate, Attorneys rendered in excess of 57.5 hours of service for the benefit of APK, LLC, in connection with the above-captioned Chapter 11 case during the relevant period. All of the services reflected on the invoices pertain to the above-captioned case and were rendered at the request of APK, LLC in the exercise of its rights, powers, and duties under 11 U.S.C §§ 1107 and 1108. At the customary hourly rates charged by Attorneys

for such services, the aggregate amount due Attorneys for the services rendered during the relevant period and reflected on the invoices is $20,592.50.

6.     Attorneys reserve the right to correct, amend, or supplement the description and extent of the services rendered and the costs incurred during the relevant period as reflected on the invoices until such time as interim or final compensation requests are heard and determined.

WHEREFORE the foregoing reason, Attorneys pray that they be granted the amounts sought within their Application, and for such other and further relief as is proper and just.

Respectfully submitted,

s/Nicholas C. Kefalos

Dated: September 30, 2014

Nicholas C. Kefalos, P.C.
VERNOR MORAN, LLC
27 North Wacker Drive, Suite 2000
Chicago, Illinois 60606-2800
(312) 264-4460 (office)
(312) 264-4461 (fax)

nkefalos@vernormoran.com

IL ARDC No. 6270051

Exhibit "A"

**ARTHUR DOUGLAS WELLMAN**
**Attorney at Law**
**1655 S. Blue Island Ave., Suite 3000**
**Chicago, IL 60608**
**Office: 708-949-0431**
**Fax: 312-265-0772**
**E-mail: Arthur.d.wellman@hotmail.com**

September 30, 2014

APK, LLC.
% Mr. Peter Konieczny, Managing Member
1975 N. 17th Ave.
Melrose Park, IL. 60160

Re: Professional Statement of Services for Chapter 11 Legal Representation
and Advice to APK, LLC. , 14-23153

6/23/14  Chapter 11 filed by counsel, Nick Kefalos, discussed general
retainer agreed on with client, general income and expenses
known, state judgment date of major secure lender and other
known creditors given initially to him at initial meeting,
receivership order in place and scope of initial administrative
steps and initial motions necessary being an application for
professional employment, motion for turnover, and motion
to use cash collateral.                                        0.5 hr.

6/25/14  Researched, drafted an 8 page Application for Employment of
Legal Professionals, and Notice of Motion, conversation and
review with co-counsel, Nick Kefalos, suggested to jointly filed
with Motion for Turnover of Receiver funds which was being
drafted by co-counsel. Emailed to co-counsel for review and
filing July 9, 2014, Review insurance requirements in Mortgage.
                                                              2.5  hrs.

6/25/14   Reviewed Motion for Turnover, final edited Application
          for Employment, and proposed orders with co-counsel for filing.
                                                                    0.8 hr.

7/9/14    Presented Motion for Turnover, and Application to
          Employ Co-Counsel Legal Professionals in front of
          Judge Cox, Both motion and Application to Employ
          were granted, two separate orders signed, U. S. Trustee
          341 initial meeting set for August 5, 2014 @ 3:00 p.m.
          Future Motion for Use of Cash Collateral discussed.        1.0 hr.

7/11/11   Obtained initial general monthly income by leases, client's
          operating bank acct. balance, insurance monthly expenditure
          for fire and casualty insurance, general monthly maintenance
          expenses, budgetary information of in and outs, bank's last
          revised mortgage and note for that expense prior to default in
          2012 from prior state court counsel and BK. co-counsel .
          Check electronic register and found there were two court
          Actions, a Chancery case appointing receiver and
          a Law division case that had proceeded to Judgment
          June 4, 2014. Receiver's reports to come from counsels for
          further past financial history.
          Researched local and statutory past and recent rulings,
          Procedure and substantive law on crafting a Cash collateral
          Motion and Proposed order. Initially reviewed Mortgage and
          Notes and Change of Agreements.
          1st Draft of proposed Notice of Motion, Motion for Interim
          Order to Use Cash Collateral Proceeds with a proposed Final
          Hearing, being 15 pages with Exhibit A, Budget, and Debtor-
          Managing Member Exhibit B Affidavit, with a 12 page
          Proposed Interim Order to Use Cash Collateral by Debtor in
          Possession.
                                                                    4.5  hrs.

7/14/14 Received and reviewed 6th Receiver Report of the State
          Receiver for incorporation of history and more detailed
          financials, budget information into 3rd drafted Interim Motion

and Exhibits of the proposed Interim Motion and Proposed Order for use of Cash Collateral, revised Motion and Proposed order to include a replacement lien, budget exhibits and follow on default provisions changes to meet possible adequate protection objections of the prime secured lender, Urban Partnership Bank. Discussed second and third draft changes after emailing and discussions with co-counsel.
Revised Affidavit for Client, Member manager, for his review and possible forwarding for signature. Discussion with co-counsel about time frame for filing after review with client.

3.0 hrs.

7/15/14  Discussion with co-counsel about receipt of Receivership Funds pursuant to Turnover order, suggestions for Different depository banks to open an acceptable Debtor In Possession account, changes to the Certificate of Insurance Loss payee and notice provisions to comply with US Trustee Operating rules.  Agreement with Co-counsel that he would try certain banks that might acceptable to US trustee and convenient for Debtor and counsels and operating rules.

0.3 hr.

7/18/14  Received State Court Judgment from State Court counsel Reviewed 6/4/14 motion and entered order that day as Principal balance, deferred interest, attorney's fees, costs And other line item accounting breakdown in the order and possible effects on the budget in proposed cash collateral motion and effect on the disposable income available vis a vie the $254,000 available from the Receiver's disbursed receivables accounts of the Debtor in possession for viable preliminary options for a proposed disclosure and plan.

2.0 hrs.

7/19/14  Discussed with co- counsel, any additional creditors,

Any additional leases or executory contracts for amendments to Schedules on Executory contracts, income and expenses, Statements of Affairs. Advised co-counsel on 60 day assumption or rejection of executory contracts rule for possible 365 motion in addition to the motion for cash collateral to be filed. Downloaded preliminary Region 11 operating instructions and discussed co-counsel about Debtor in possession requirements therein to comply with U. S. Trustee instructions.

1.0 hr.

8/4/14   Discussed with co-counsel about status of amended schedules Coordination with Member manager of Client LLC for preparation for the initial 341 meeting.                 0.3 hr.

8/5/14   Attendance at 1st meeting of the 341 meeting, advised Client as procedural details necessary for debtor in possession Requirements pursuant to the US Trustee operating instructions, clarification of certificate of insurance, DIP account information, coordination to do a site visit to get further information to get June and July operating reports completed, general accounting information.
341 continued to 8/13/14.                                       1.0 hr.

8/7/14 On site visit with co-counsel to Debtor's business site, Talked with LLC's , managing member, its accountant as to Monthly, yearly income, expenses, federal, state, taxes. status, reporting, type, liabilities, expenses, assets, leases, further pre and post petition income, expenses, journals, operating account before and after filing, rules of using cash collateral vs. new DIP account, accountants' professional status with services for the LLC which is as needed basis but yearly filing only, no employees or monthly reporting to agencies. Obtained updated status as to truck parking leases, current and past payments of insurance obligations, whether there was any final Receiver's bill from April 30, - June 23rd 2014.

Advised client that June, July 2014 operating reports need be filed and will be filled with signature on the continued 8/13/14 341 report. Certain amended creditors lists, statement of affairs, affidavits were given to Co-counsel. Advised client about possible options available to return Control to Debtor after filing and approval of disclosure statement and proposed plan of reorganization and cramming down the SBA Balance of $763,000 , being wholly unsecured into a proposed plan with only 5 to 10% of that balance having to be paid at the back end of the plan in conjunction with a forced reinstatement of Urban Partnership Bank's principal, and hard costs at prime or contract rate, not 9% until end of the plan which is the original Balloon term of the note in 2019, with vacation of the state court judgment. There would be undoing of any personal liability on present triggered personal guaranties of the individual members of the LLC exposed in the AP Machine, Inc default without a bankruptcy stay and reorganization plan in place.

4.5 hrs.

8/11/14    Prepared  June's operating reports from Debtor's
           Tendered Urban Bank Acct statement, July statement
           To come, Co-counsel and I advised client as to needs
           And payment of US trustee quarterly with June's
           Statement filing by 8/13/14 reconvened 341.
           Reviewed details of amended schedules and
           Statement of affairs with co-counsel for filing

1.5 hrs.

8/12/14   Drafted preliminary July operating reports from
          Debtor's previously tendered journal reports
          Subject to amendment with July's Urban checking
          Report which debtor would bring to 2nd 341 meeting
          Went over details with co-counsel                    1.0 hr.

8/13/14  Attended reconvened 2nd 341 meeting, provided
         Amended certificate of insurance, counseled, had
         Client sign and file June monthly and 2nd quarter  operating
         Report  and pay $325.00 to U.S. Trustee  with newly opened
         DIP checking acct., advised client and obtained July's
         statement from other operating acct and advised to transfer
         that balance to DIP immediately.

                                                                    0.7 hr.

8/13/14  Prepared July operating report at office, sent to client
         By email for signing and instructions for filing deadline.
         Reviewed Urban Bank's Motion to Dismiss-and US Trustee
         Verbal assertion of support of such motion with co-
         Counsel and options thereon with advise to client.


                                                                    0.8 hr.


         Total billable professional  hours                        **25.4 hrs**.


  Due at this time for Professional Fees earned 25.4 hrs x $400.00 hr=  *$ 10,160.00*


Respectfully submitted,

Arthur Wellman
Attorney at Law

Cc: Nicholas Kefalos – Co-counsel

Exhibit "B"

VERNOR MORAN, LLC

Attorney-Client Matter Billing Sheet

Client: **APK, LLC**

Matter: In re: APK, LLC

Court:  U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division

Case No.:  14-23153

Judge: Jacqueline P. Cox

Date of Billing Sheet: September 30, 2014

| Date | Time | Description of Work Performed | Hourly Rate | Fee Amount |
|------|------|-------------------------------|-------------|------------|
| **06/19/2014** | 2.1 hours | Review Cook Cty. (IL) Cir. Ct. proceedings in case #'s 2012-CH-26105 and 2013-L-011392, along with short-sale deal papers, re: 1975 N. 17th Ave; Melrose Park, IL 60160 ("the property") in preparation for consultation/ meeting.  (NCK) | $325.00 | $682.50 |
| **06/19/2014** | 1.7 hours | Review notes, mortgages, cross-securitizations and other loans/liens on the property in preparation for consultation; research and review IL case | $325.00 | $552.50 |

| | | | | |
|---|---|---|---|---|
| | | law, re: mortgages, guaranties to ascertain/ develop possible debt resolution strategies. (NCK) | | |
| 06/20/2014 | 2.0 hours | Meeting at office with members of APK (Piotr Konieczny), (PK), and Andrzej Konieczny), (AK). (NCK) | $325.00 | $650.00 |
| 06/23/2014 | 0.5 hours | Prepare and file Chapter 11 voluntary petition; statement of EIN; declaration of corporation; pay Chapter 11 filing fee, (filing). (NCK) | $325.00 | $ 162.50 + <u>1,717.00</u> (filing) $1,879.50 |
| 06/24/2014 | 0.9 hours | Review state receiver reports filed in Cook Cty. Cir. Ct. case # 2012-CH-26105 in connection w/ preparation of motion for turnover; research case law and court rules, re: turnover. (NCK) | $325.00 | $292.50 |
| 06/25/2014 | 1.4 hours | Receive and prepare final draft, | $325.00 | $455.00 + |

| | | | | |
|---|---|---|---|---|
| | | file, and serve notice of motion, application to employ Arthur D. Wellman (ADW) and NCK as attorneys, along w/ affidavit of ADW; set for hearing. (NCK) | | $11.10 (postage)<br><br>$466.10 |
| 06/25/2014 | 1.2 hours | Prepare, file, and serve notice of motion, motion for turnover of estate property from Steven Spinell (SS) to APK, LLC; set for hearing (NCK) | $325.00 | $390.00 +<br><br>$6.90 (postage)<br><br>$396.90 |
| 07/09/2014 | 1.8 hours | Prepare for court hearing on application to employ, motion for turnover, review notes and file; travel from office to court; attend hearing; conference w/ counsel. (NCK) | $325.00 | $585.00 |
| 07/09/2014 | 4.9 hours | Prepare for meeting; travel from office to client at the property; meet with KP and AP; conference w/ client; go over | $325.00 | $1,592.50 +<br><br>$21.84 (mileage)<br><br>$1,634.14 |

| | | | | |
|---|---|---|---|---|
| | | forms and case, strategy; return from the property to the office. (NCK) | | |
| 07/10/2014 | 1.8 hours | Prepare to attend initial debtor's interview; communicate with client (PK); travel from office to trustee's office; attend interview; conference w/ client, (PK); return from interview to office. (NCK) | $325.00 | $585.00 |
| 07/11/2014 | 0.2 hours | Receive and review from ECF notice of meeting of creditors and notice of mailing. (NCK) | $325.00 | $65.00 |
| 07/15/2014 | 0.3 hours | Conference w/ co-counsel, re: case, reports, filings, division of labor. (NCK) | $325.00 | $97.50 |
| 07/19/2014 | 0.5 hours | DIP account finalized at The Private Bank. (NCK) | $325.00 | $162.50 |
| 08/04/2014 | 1.0 hours | Receive and review from ECF notice of motion and motion to | $325.00 | $325.00 |

| | | | | |
|---|---|---|---|---|
| | | dismiss by creditor Urban Partnership Bank; conduct legal research, re: same; conference w/ co-counsel. (NCK) | | |
| 08/05/2014 | 0.2 hours | File schedules and summary of schedules with statistical summary. (NCK) | $325.00 | $65.00 |
| 08/05/2014 | 1.6 hours | Prepare to attend creditors' meeting; travel from office to trustee's office to attend meeting; attend meeting; conference with client and co-counsel; return to office.  (NCK) | $325.00 | $520.00 |
| 08/07/2014 | 4.5 hours | Prepare for meeting; travel from office to client at the property; meet with KP and AP, along w/ co-counsel; conference w/ client; go over forms and case, strategy; return from the property | $325.00 | $1,462.50 + $21.84 (mileage) $1,484.34 |

| | | | | |
|---|---|---|---|---|
| | | to the office. (NCK) | | |
| 08/08/2014 | 1.0 hours | Research and review case law and court rules, re: motion to use cash collateral. (NCK) | $325.00 | $325.00 |
| 08/12/2014 | 2.5 hours | Finalized motion for use of cash collateral. (NCK) | $325.00 | $812.50 |
| 08/25/2014 | | Copies of file for delivery to Nathan Q. Rugg's office. | | 485 pages at 10 cents per page = $48.50 |
| 09/30/2014 | 2.0 hours | Finalize invoices; prepare and file application for fees and costs. (NCK) | $325.00 | $650.00 |

Total time (this invoice):       32.1 hours

Total hourly billing:       $10,432.50
Total court fees:       $ 1,717.00 (court fee---Chapter 11 filing fee)
Total postage:       $ 18.00
Copy costs:       $ 48.50
Total travel costs:       $ 43.68 (mileage) 78 miles @ $0.56 per mile

Total amount due on invoice:       **$12,259.68**