UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  )
)
)   Case No. 14-bk-23153
APK, LLC  )
)   Chapter 11
)
)   Honorable Jacqueline P. Cox
Debtor.  )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO ADELMAN & GETTLEMAN, LTD., ATTORNEYS FOR APK, LLC, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $51,916.50 | TOTAL COSTS REQUESTED: | $134.73 |
| TOTAL FEES REDUCED: | $ 0.00 | TOTAL COSTS REDUCED: | $ 17.20 |
| TOTAL FEES ALLOWED: | $51,916.50 | TOTAL COSTS ALLOWED: | $117.53 |

**TOTAL FEES AND COSTS ALLOWED: $52,034.03**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(3)  Reimbursement Limited to Actual, Necessary Expenses – TOTAL of disallowed amounts: $ 17.20 (copies charged at $0.20/page)

The Court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. *See* 11 U.S.C. §§ 330(a)(1)(B) & 331. The fee application fails to demonstrate that the requested expenses for photocopies or facsimiles (or both) were actual out-of-pocket disbursements and that the quoted rates were necessary in light of prevailing (and lower) commercial rates. In the absence of such proof, the Court will allow reimbursement of photocopy expenses at a rate of $.10 per page in accordance with prevailing commercial rates and will not allow expenses for facsimiles.

Dated: June 25, 2015

Pamela S. Hollis
United States Bankruptcy Judge